[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-15580
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 25, 2012
JOHN LEY
CLERK

D.C. Docket No. 1:08-cv-03842-JOF

DOWNTOWN SPORTS, INC.,

Plaintiff-Counter Defendant-
Appellant,

METROTAINMENT CAFES, INC.,

Plaintiff-Appellant,

JEFFREY LANDAU,
AMY LANDAU,

Counter Defendants-Appellants,

versus

LEGACY AH, LLC,
DAVID D. MARVIN,

Defendants-Counter Claimants-
Appellees.

---

Appeal from the United States District Court
for the Northern District of Georgia

---

(May 25, 2012)

Before BARKETT, PRYOR and COX, Circuit Judges.

PER CURIAM:

The district court granted Legacy AH, LLC's motion for summary judgment on its Counterclaim against Downtown Sports, Inc., Jeffrey Landau, and Amy Landau ("Counterclaim Defendants"). The Counterclaim Defendants appeal, presenting a single issue; they contend that the district court's summary judgment order "erroneously interpreted Georgia state case law, particularly *Savannah Yacht Corp. v. Thunderbolt Marine, Inc.*, 297 Ga. App. 104, 676 S.E. 2d 728 (2009)." (Appellants' Br. at 9.)

We have carefully considered the arguments of the parties and conclude that the Counterclaim Defendants' arguments were properly rejected by the district court for the reasons explained in the court's well-reasoned opinion. (*See* Opinion & Order, Dkt.134 at 26-45.)

AFFIRMED.